**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN CLAVON, et al., | CV 10-6254 PA (CWx) |
| Plaintiffs, | JUDGMENT |
| v. | |
| NITIN PATEL, et al., | |
| Defendants. | |

Pursuant to the Court's July 25, 2011 Order finding that defendants Nitin Patel, Saloni, Inc. and Rudy Zialcita ("Defendants") are entitled to judgment in their favor on the claims for violation of the Americans with Disabilities Act and the 1964 Civil Rights Act brought by plaintiffs Joan Clavon and minor L.P. ("Plaintiffs"), and declining to exercise supplemental jurisdiction over Plaintiffs' remaining state law claims,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Defendants shall have judgment entered in their favor on Plaintiffs' claims for violation of the Americans with Disabilities Act and the 1964 Civil Rights Act.

. . . .

. . . .

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiffs take nothing and Defendants shall recover their costs of suit.

IT IS SO ORDERED.

DATED: July 25, 2011

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE